

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00102-CV

**IN THE INTEREST OF X.H.** and A.B.M., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00042
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford to pay costs of court; no costs are taxed in this appeal.

SIGNED July 20, 2022.

_____
Patricia O. Alvarez, Justice